

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00329-CV

| | | |
|---|---|---|
| IN THE INTEREST OF M.H. AND C.H., CHILDREN | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-527816-13) |
| | § | March 21, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's order terminating Father's parental rights and remand this case to the trial court for a new trial on the issue of the termination of Father's parental rights.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth